### City of Winooski v. David Vincent

[402 A.2d 1192]

No. 17-78

Present: Barney, C.J., Daley, Larrow, Billings and Hill, JJ.

Opinion Filed May 22, 1979

*McNeil, Murray & Sorrell,* Burlington, for Plaintiff.

*David W. Downes,* Boston, Massachusetts, for Defendant.

**Per Curiam.** Although the notice of appeal below was filed with the district court, the attempt is to appeal from the action of the Winooski City Council dismissing appellant as a police officer, pursuant to the findings and conclusions certified to it by the district court.

The findings of the district court are, by statute, final. 24 V.S.A. § 1932(c). Nor is there any statutory provision for an appeal from the action of the City Council. And no right of appeal is conferred by the Administrative Procedure Act, 3 V.S.A. §§ 801–816, because the City Council is not a *"state board, commission, department, or officer"* (emphasis added) within the meaning of § 801(1).

There being no statutory authority for the attempted direct appeal, it must be dismissed. *City of Winooski* v. *Martin,* 134 Vt. 617, 365 A.2d 986 (1976).

*Appeal dismissed.*